1  William E. Stoner, Esq. SBN 101418
2  George K. Rosenstock, Esq. SBN 117515
   **YUHL STONER CARR LLP**
3  401 Wilshire Boulevard, Suite 1070
4  Santa Monica, California 90401
   Telephone:  (310) 393-0045
5  Facsimile:   (310) 393-9869
6  **Attorneys for Plaintiff** ITALIAN CONNECTION, INC.
   dba BILA OF CALIFORNIA
7

JS-6

8
                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| ITALIAN CONNECTION, INC. dba BILA OF CALIFORNIA, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC. dba ROSS DRESS FOR LESS, a Virginia Corporation, "T'TEASE", an entity of unknown form, and DOES 1-10, inclusive.<br><br>Defendants | CASE NO.:  CV 07-7652 PA (SHx)<br>Assigned to Hon. Percy Anderson<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |
| ROSS STORES, INC., a Delaware corporation<br><br>Counterclaimant<br><br>v.<br><br>ITALIAN CONNECTION, INC., dba BILA OF CALIFORNIA, a California corporation.<br><br>Counterdefendant | |

STIPULATION OF DISMISSAL

The parties having stipulated to dismissal in the above-entities

IT IS ORDERED THAT:

(1) The Complaint filed by Italian Connection, Inc. dba BILA OF CALIFORNIA is hereby dismissed with prejudice;

(2) The Counterclaim filed by Ross Stores, Inc. is hereby dismissed with prejudice;

(3) As between them, Italian Connection, Inc. and Ross Stores, Inc. will each bear their own costs and attorneys' fees.

Dated: September 2, 2008

_____
Hon. Percy Anderson